W. PATRICK MCPHILAMY, III
A PROFESSIONAL CORPORATION
225 S. Lake Ave., Suite 300
Pasadena, CA 91101
(626) 432-5490
(626) 432-5491

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
JUN 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNICOLORS, INC., a California corporation,

Plaintiff(s),

v.

FOREVER 21, INC., a Delaware corporation, and

Defendant(s).

CASE NUMBER
CV07-3577 R (JWJx)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

June 11, 2007
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)                NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

Dockets.Justia.co